1
 Amanda Brubaker, in her official capacity as the Records Custodian for the Colorado Department of Human Services, Petitioner v. Colorado Sun and Tegna, Inc., d/b/a KUSA-TV/9News, Respondent No. 23SC927
Supreme Court of Colorado, En Banc
August 5, 2024

 Court
 of Appeals Case No. 21CA1608

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 the court of appeals erred as a matter of law in concluding
 that section 19-1-307(1)(a), C.R.S. (2023), is ambiguous.

 Whether,
 if the court of appeals correctly concluded that section
 19-1-307(1)(a) is ambiguous, it erred in concluding the
 legislative history and Peck v. McCann, 43 F.4th 116
(10th Cir. 2022), support its interpretation of the statute.